IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-00327-FL

| | |
|---|---|
| MANUEL TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | **OF B. TYLER BROOKS** |
| TRACY LYNN CARTER, in his official ) | |
| capacity as Lee County Sheriff; ) | |
| TOWN OF SILER CITY, NORTH ) | |
| CAROLINA; and TOWN OF APEX, ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

Attorney B. Tyler Brooks of the Law Office of B. Tyler Brooks, PLLC, hereby gives notice of his appearance as an attorney of record for the plaintiff in this matter.

Dated: July 31, 2019  Respectfully submitted,

LAW OFFICE OF B. TYLER BROOKS, PLLC

BY: /s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604
4050 Yellowfield Way
Cary, North Carolina 27518
Telephone: (336) 707-8855
Fax: (919) 584-8373
btb@btylerbrookslawyer.com