IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:19-cv-00327-FL

Manuel Torres )
Plaintiff(s), )
)
vs )
)
Tracy Lynn Carter, in his official capacity as Lee County Sheriff, et al. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Manuel Torres who is Plaintiff ,
(name of party)    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯     NO ⦿

2. Does party have any parent corporations?

   YES ◯     NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯     NO ⦿

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

  YES ◯    NO ◉

If yes, identify entity and nature of interest:
 N/A

5. Is party a trade association?

  YES ◯    NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
 N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
 N/A

Signature: /s/ B. Tyler Brooks

Date: July 31, 2019