# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| MANUEL TORRES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:19-cv-00327-FL |
| TRACY LYNN CARTER, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TOWN OF APEX, NORTH CAROLINA                    .

Date:    08/19/2019

/s/ Paul S. Holscher
*Attorney's signature*

Paul S. Holscher
*Printed name and bar number*

Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
*Address*

paul.holscher@jacksonlewis.com
*E-mail address*

(919) 760-6460
*Telephone number*

(919) 760-6461
*FAX number*

Print    Save As...    Reset