IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00327-FL

| | |
|---|---|
| MANUEL TORRES,<br><br>      Plaintiff,<br><br>vs.<br><br>TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF SILER CITY, NORTH CAROLINA; and TOWN OF APEX, NORTH CAROLINA,<br><br>      Defendants. | **ORDER GRANTING DEFENDANT TOWN OF APEX'S CONSENT MOTION FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER OR OTHERWISE PLEAD** |

THIS MATTER having come before the Clerk of the Court on Defendant Town of Apex, North Carolina's Consent Motion for an Order extending the time in which to move, serve an Answer, or otherwise plead to Plaintiff's Complaint, up to and including October 3, 2019, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a); and

It appearing to this Court that the time allowed for Defendant Town of Apex to move, serve an Answer, or otherwise plead has not yet expired; that good cause exists for the granting of this Consent Motion; that Plaintiff's counsel has consented to the relief requested; and that this Consent Motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that the Consent Motion of Defendant Town of Apex for Extension of Time to Move, Serve an Answer, or Otherwise Plead shall be and the same is hereby GRANTED; and Defendant Town of Apex shall be allowed up to and including October 3, 2019, to move, serve an Answer or otherwise plead to Plaintiff's Complaint.

**IT IS SO ORDERED.**

This the _____ day of August, 2019.

                                                                                            CLERK OF THE COURT
                                                                                            UNITED STATES DISTRICT COURT

4847-7435-1265, v. 1