UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-327-FL

| | |
|---|---|
| MANUEL TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| TRACY LYNN CARTER, in his ) | |
| official capacity as Lee County Sheriff; ) | |
| TOWN OF SILER CITY, NORTH ) | |
| CAROLINA; and TOWN OF APEX, ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

NOW COMES Bradley O. Wood of the law firm Womble Bond Dickinson (US) LLP, admitted to practice in this Court, and hereby files this entry of appearance as counsel for defendant Tracy Lynn Carter in this matter.

Respectfully submitted, this the 28th day of August, 2019.

    **/s/ BRADLEY O. WOOD**_____
    BRADLEY O. WOOD
    N.C. State Bar No. 22392
    WOMBLE BOND DICKINSON (US) LLP
    One West Fourth Street
    Winston-Salem, North Carolina 27101
    Telephone: (336) 728-7012
    Facsimile: (336) 726-6913
    E-mail: Brad.Wood@wbd-us.com
    *Counsel for Defendant Tracy Lynn Carter*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

B. Tyler Brooks
Law Office of B. Tyler Brooks, PLLC
4050 Yellowfield Way
Cary, NC 27518
Email: btb@btylerbrookslawyer.com
*Counsel for Plaintiff*

Paul S. Holscher
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Email: paul.holscher@jacksonlewis.com
*Counsel for Defendant Town of Apex,
North Carolina*

                              **/s/ BRADLEY O. WOOD**
                              BRADLEY O. WOOD
                              N.C. State Bar No. 22392
                              WOMBLE BOND DICKINSON (US) LLP
                              One West Fourth Street
                              Winston-Salem, North Carolina 27101
                              Telephone: (336) 728-7012
                              Facsimile: (336) 726-6913
                              E-mail: Brad.Wood@wbd-us.com
                              *Counsel for Defendant Tracy Lynn Carter*