IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| TRACY LYNN CARTER, in his official ) | |
| capacity as Sheriff of Lee County, North ) | |
| Carolina, TOWN OF SILER CITY, NORTH ) | |
| CAROLINA, and TOWN OF APEX, NORTH ) | |
| CAROLINA, ) | |
|       Defendants. ) | |
| ) | |

COMES NOW the undersigned attorney, Katherine Barber-Jones, and hereby gives notice of appearance as counsel of record for Defendant TOWN OF SILER CITY, NORTH CAROLINA, in the above-captioned case.

This the 4th day of September, 2019.

                                            **HARTZOG LAW GROUP LLP**

                                            /s/ *Katherine Barber-Jones*
                                            KATHERINE BARBER-JONES
                                            N.C. State Bar No. 44197
                                            E-mail: kbarber-jones@hartzoglawgroup.com
                                            1903 N. Harrison Avenue, Suite 200
                                            Cary, North Carolina 27513
                                            Telephone: (919) 670-0338
                                            Facsimile: (919) 714-4635
                                            *Attorney for Defendant Town of Siler City*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all counsel of record using their CM/ECF participant registration information.

This the 3rd day of September, 2019.

**HARTZOG LAW GROUP LLP**

/s/ *Katherine Barber-Jones*
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendant Town of Siler City*