IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| TRACY LYNN CARTER, in his official | ) |
| capacity as Sheriff of Lee County, North | ) |
| Carolina, TOWN OF SILER CITY, NORTH | ) |
| CAROLINA, and TOWN OF APEX, NORTH | ) |
| CAROLINA, | ) |
|     Defendants. | ) |
| | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, **Town of Siler City, North Carolina**, who is a **Defendant**, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ☐ YES      ☒ NO

2. Does party have any parent corporations?

    ☐ YES      ☒ NO

If yes, identify all parent corporation, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ☐ YES      ☒ NO

If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

☐ YES  ☒ NO

If yes, identify entity and nature of interest: N/A

5. Is party a trade association?

☐ YES  ☒ NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A

This the 4th day of September, 2019.

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant Town of Siler City*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

This the 4th day of September, 2019.

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant Town of Siler City*