IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) **MOTION FOR EXTENSION OF** |
| | ) **TIME TO RESPOND TO** |
| | ) **PLAINTIFF'S COMPLAINT** |
| TRACY LYNN CARTER, in his official | ) |
| capacity as Sheriff of Lee County, North | ) |
| Carolina, TOWN OF SILER CITY, NORTH | ) |
| CAROLINA, and TOWN OF APEX, NORTH | ) |
| CAROLINA, | ) |
|     Defendants. | ) |
| | ) |

COMES NOW Defendant, TOWN OF SILER CITY, NORTH CAROLINA, by and through its undersigned attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, and hereby moves the Court for a thirty (30) day extension of time within which to serve an Answer or otherwise respond to Plaintiff's Complaint. In support of such Motion, Defendant shows as follows:

1. Defendant was purportedly served with the Complaint on August 14, 2019, and the time for serving an Answer has not yet expired.

2. Defendant has diligently worked to investigate and prepare a response to Plaintiff's Complaint, but requires additional time to prepare its response.

3. Counsel for Defendant contacted counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff does not object to the requested extension.

WHEREFORE, Defendant TOWN OF SILER CITY respectfully requests that the Court enter an Order extending time for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint through and including **October 4, 2019**.

This the 4th day of September, 2019.

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant Town of Siler City*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

This the 4th day of September, 2019.

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant Town of Siler City*