IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER EXTENDING TIME** |
| ) | |
| ) | |
| TRACY LYNN CARTER, in his official ) | |
| capacity as Sheriff of Lee County, North ) | |
| Carolina, TOWN OF SILER CITY, NORTH ) | |
| CAROLINA, and TOWN OF APEX, NORTH ) | |
| CAROLINA, ) | |
| Defendants. ) | |
| ) | |

THIS MATTER having come before the Clerk of the Court on Defendant Town of Siler City, North Carolina's Motion for an Order extending the time in which to serve an Answer, or otherwise plead in response to Plaintiff's Complaint, up to and including October 4, 2019, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a); and

It appearing to this Court that the time allowed for Defendant Town of Siler City to serve an Answer, or otherwise plead in response to Plaintiff's Complaint has not yet expired; that good cause exists for the granting of this Motion; that Plaintiff's counsel does not object to the relief requested; and that this Motion should be allowed;

IT IS NOW THEREFORE ORDERED that the Motion of Defendant Town of Siler City for Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED; and Defendant Town of Siler City shall be allowed up to and including **October 4, 2019**, to serve an Answer, or otherwise plead in response to Plaintiff's Complaint.

_____
THE HONORABLE PETER A. MOORE JR.
CLERK OF COURT, UNITED STATES
DISTRICT COURT