# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| MANUEL TORRES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:19-cv-00327-FL |
| TRACY LYNN CARTER, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, TOWN OF APEX, NORTH CAROLINA.

Date: 09/12/2019

/s/ Janean B. Dunn
*Attorney's signature*

Janean B. Dunn (50071)
*Printed name and bar number*

Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
*Address*

janean.dunn@jacksonlewis.com
*E-mail address*

(919) 760-6460
*Telephone number*

(919) 760-6461
*FAX number*