# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Manuel Torres, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:19-CV-327-FL |
| Tracy Lynn Carter, in his official capacity as Lee Coun | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Manuel Torres                                                                                                           .

Date:     October 29, 2019

s/ Jonathan D. Gibbs
*Attorney's signature*

Jonathan D. Gibbs (OBN 0094455)
*Printed name and bar number*

Gibbs & Associates Law Firm, LLC
6398 Thornberry Court
Mason, OH 45040
*Address*

jgibbs@gibbs-lawfirm.com
*E-mail address*

513-234-5545
*Telephone number*

888-500-4638
*FAX number*