# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Manuel Torres, <br> *Plaintiff* <br> v. <br> Tracy Lynn Carter, in his official capacity as Lee Coun <br> *Defendant* | ) <br> ) <br> ) Case No. 5:19-CV-327-FL <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Manuel Torres

Date: October 29, 2019

s/ Jonathan D. Gibbs
*Attorney's signature*

Jonathan D. Gibbs (OBN 0094455)
*Printed name and bar number*

Gibbs & Associates Law Firm, LLC
6398 Thornberry Court
Mason, OH 45040
*Address*

jgibbs@gibbs-lawfirm.com
*E-mail address*

513-234-5545
*Telephone number*

888-500-4638
*FAX number*