IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO: 5:19-CV-327-FL

| | |
|---|---|
| MANUEL TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF APEX, NORTH CAROLINA; and TOWN OF SILER CITY, NORTH CAROLINA,<br><br>    Defendants. | **MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff, Manuel Torres ("Plaintiff") pursuant to Rule 15 of the Federal Rule of Civil Procedure and this Court's Case Management Order (Doc. 21), respectfully moves the Court for leave to amend the complaint to add a party to this Title VII action. A copy of the proposed First Amended Complaint and Summons for the new party are attached hereto as Exhibit A and Exhibit B. In support of this motion, Plaintiff relies of the memorandum of law filed contemporaneously herewith.

Dated: November 7, 2019.
    Respectfully submitted,

    LAW OFFICE OF B. TYLER BROOKS, PLLC

    BY: /s/ B. Tyler Brooks
    B. Tyler Brooks
    N.C. Bar No. 37604
    4050 Yellowfield Way

Cary, North Carolina 27518
Telephone: (336) 707-8855
Fax: (919) 584-8373
btb@btylerbrookslawyer.com

GIBBS & ASSOCIATES LAW FIRM, LLC

BY: /s/ Jonathan D. Gibbs
Jonathan D. Gibbs*
Ohio Bar No. 0094455
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Fax: (888) 500-4638
jgibbs@gibbs-lawfirm.com
*Appearing pursuant to Local Rule 83.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 7, 2019, the foregoing Motion for Leave to Amend Complaint was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Paul S. Holscher
Janean B. Dunn
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Paul.Holscher@jacksonlewis.com
Janean.Dunn@jacksonlewis.com
*Attorneys for Defendant Town of Apex*

Katie Weaver Hartzog
Katherine Barber-Jones
Hartzog Law Group, LLP
1903 N. Harrison Avenue, Suite 200
Cary, NC 27513
khartzog@hartzoglawgroup.com

kbarber-jones@hartzoglawgroup.com
*Attorneys for Defendant Town of Siler City*

Bradley O. Wood
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Brad.Wood@wbd-us.com
*Attorney for Defendant Tracy Lynn Carter*

GIBBS & ASSOCIATES LAW FIRM, LLC

BY: /s/ Jonathan D. Gibbs
Jonathan D. Gibbs*
Ohio Bar No. 0094455
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Fax: (888) 500-4638
jgibbs@gibbs-lawfirm.com
*Appearing pursuant to Local Rule 83.1*