IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MOTION FOR LEAVE TO AMEND** |
| TRACY LYNN CARTER, in his official ) | **COMPLAINT** |
| capacity as Lee County Sheriff; TOWN OF ) | |
| APEX, NORTH CAROLINA; and TOWN ) | |
| OF SILER CITY, NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Manuel Torres ("Plaintiff") pursuant to Rule 15 of the Federal Rule of Civil Procedure and this Court's Case Management Order (D.E. 21), respectfully moves the Court for leave to amend his complaint to add a party to this Title VII action. A copy of the proposed First Amended Complaint is attached hereto as **Exhibit "A"** and a copy of Plaintiff's proposed First Amended Complaint redlined to show Plaintiff's proposed changes in the Amended Complaint is attached as **Exhibit "B"** in accordance with Local Civil Rule 15.1(a) and Judge Flanagan's Practice Preferences and Procedures. Attached as **Exhibit "C"** is a Summons for the new party if this motion is granted. Finally, attached as **Exhibit "D"** is a proposed order stating the requested relief. In support of this motion, Plaintiff relies upon the memorandum of law filed contemporaneously herewith.

Dated: November 15, 2019.  Respectfully submitted,

LAW OFFICE OF B. TYLER BROOKS, PLLC

BY: /s/ B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604

4050 Yellowfield Way
Cary, North Carolina 27518
Telephone: (336) 707-8855
Fax: (919) 584-8373
btb@btylerbrookslawyer.com

GIBBS & ASSOCIATES LAW FIRM, LLC

BY: /s/ Jonathan D. Gibbs
Jonathan D. Gibbs*
Ohio Bar No. 0094455
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Fax: (888) 500-4638
jgibbs@gibbs-lawfirm.com
*Appearing pursuant to Local Rule 83.1


**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 15, 2019, the foregoing Motion for Leave to Amend Complaint was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Paul S. Holscher
Janean B. Dunn
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Paul.Holscher@jacksonlewis.com
Janean.Dunn@jacksonlewis.com
*Attorneys for Defendant Town of Apex*

Katie Weaver Hartzog
Katherine Barber-Jones
Hartzog Law Group, LLP
1903 N. Harrison Avenue, Suite 200
Cary, NC 27513
khartzog@hartzoglawgroup.com
kbarber-jones@hartzoglawgroup.com
*Attorneys for Defendant Town of Siler City*

Bradley O. Wood
Womble Bond Dickinson (US) LLP
One West Fourth Street

Winston-Salem, NC 27101
Brad.Wood@wbd-us.com
*Attorney for Defendant Tracy Lynn Carter*

        GIBBS & ASSOCIATES LAW FIRM, LLC

        BY: /s/ Jonathan D. Gibbs
        Jonathan D. Gibbs*
        Ohio Bar No. 0094455
        6398 Thornberry Ct.
        Mason, Ohio 45040
        Telephone: (513) 234-5545
        Fax: (888) 500-4638
        jgibbs@gibbs-lawfirm.com
        *\*Appearing pursuant to Local Rule 83.1*