IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-327

| | |
|---|---|
| MANUEL TORRES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRACY LYNN CARTER, in his )<br>official capacity as Lee County )<br>Sheriff; TOWN OF APEX, NORTH )<br>CAROLINA; and TOWN OF SILER )<br>CITY, NORTH CAROLINA, )<br>)<br>Defendants. ) | **ORDER** |

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend Complaint. Having considered Plaintiff's Motion and the accompanying Memorandum of Law, the Court has determined that it would be neither futile nor prejudicial to the Defendants to allow Plaintiff to Amend his Complaint. IT IS THEREFORE

**ORDERED**, that on Plaintiff's Motion for Leave to Amend, he may amend his Complaint as proposed. It is further

**ORDERED**, that the Clerk is directed to file Plaintiff's First Amended Complaint. It is further

**ORDERED**, that the Clerk is directed to send a copy of this Order to counsel of record for the Plaintiff and all Defendants.

DATED: _____          _____
                                                                    United States District Judge