IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-327

| MANUEL TORRES, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF APEX, NORTH CAROLINA; and TOWN OF SILER CITY, NORTH CAROLINA, | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend Complaint. Having considered Plaintiff's Motion and the accompanying Memorandum of Law, the Court has determined that it would be neither futile nor prejudicial to the Defendants to allow Plaintiff to Amend his Complaint. IT IS THEREFORE

**ORDERED**, that on Plaintiff's Motion for Leave to Amend, he may amend his Complaint as proposed. It is further

**ORDERED**, that Plaintiff is DIRECTED to file within **five days** of the date of this order Plaintiff's First Amended Complaint. It is further

**ORDERED**, that the Clerk is directed to send a copy of this Order to counsel of record for the Plaintiff and all Defendants.

SO ORDERED, this the 9th day of December, 2019.

*LOUISE W. FLANAGAN*
United States District Judge