THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-CV-327-FL

| | |
|---|---|
| MANUEL TORRES, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) |
| TRACY LYNN CARTER, *in his official capacity as Lee County Sheriff*; TOWN OF SILER CITY, NORTH CAROLINA; and TOWN OF APEX, NORTH CAROLINA; NIGHTHAWK COMPANY POLICE, LLC; | ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

**AMENDED CASE MANAGEMENT ORDER AND STIPULATED CONSENT PROTECTIVE ORDER**

THE COURT, having reviewed the Motion made by Plaintiff to extend by ninety days the discovery and dispositive motion deadlines set out in the Case Management Order [DE 20] and to amend the Stipulated Consent Protection Order [DE 28] finds that the Motion is made in good faith and for good cause and hereby GRANTS the Motion.

It is ORDERED that the parties be allowed until and including **August 13, 2020**, in which to complete discovery and to and including **September 13, 2020**, in which to file any dispositive motions.

It is FURTHER ORDERED that the Case Management Order [DE 20] be amended to allow for Plaintiff Manuel Torres's deposition to be conducted in person for an amount of time not to exceed ten (10) hours of "on record" testimony (not including breaks).

It is FURTHER ORDERED that the Stipulated Consent Protection Order [DE 28] be amended to add Nighthawk Company Police, LLC as a party thereto.

This the __13th__ day of __May__, 2020.

_____
THE HONORABLE LOUISE W. FLANAGAN