IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00327-FL

| | |
|---|---|
| MANUEL TORRES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF SILER CITY, NORTH CAROLINA; and TOWN OF APEX, NORTH CAROLINA, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT ORDER**

**THIS MATTER** having come before this Court on the Parties' Joint Motion to Amend the Amended Case Management Order to extend the deadlines to conduct the mediated settlement conference and to file dispositive motions. And it appearing to this Court that "good cause" exists for the granting of the Parties' Motion and that said Motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that the Parties' Joint Motion to Amend the Amended Case Management Order is hereby granted and that the deadline to conduct a mediated settlement conference shall be extended, up to and including, August 25, 2020; and the deadline to file dispositive motions shall be extended, up to and including, September 25, 2020.

**IT IS SO ORDERED.**

This the **13th** day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE