IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-327-FL

| | |
|---|---|
| MANUEL TORRES, | ) |
| Plaintiff, | ) |
| v. | ) |
| TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF APEX, NORTH CAROLINA; TOWN OF SILER CITY, NORTH CAROLINA; and NIGHTHAWK COMPANY POLICE, LLC, | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

This matter came before the Court on Plaintiff's Motion to Dismiss Party Pursuant to Rule 21 or Rule 42(a)(2). That Motion being unopposed by any party, the Motion is hereby **GRANTED,** and Defendant Nighthawk Company Police, LLC, is dismissed with prejudice.

SO ORDERED, August 19, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge