IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-327-FL

| | |
|---|---|
| MANUEL TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TRACY LYNN CARTER, in his official ) | |
| Capacity as Lee County Sheriff; TOWN ) | |
| OF SILER CITY, NORTH CAROLINA; ) | |
| and TOWN OF APEX, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendants.[1] ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before October 31, 2020.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket. Nevertheless, the case remains open for the limited purpose of adjudicating the motion for attorney fees (DE 59) filed on August 25, 2020, by former defendant Nighthawk Company Police, LLC, which motion remains pending and will be addressed by separate order and judgment solely on the issue of attorney fees.

---

[1] The court constructively has amended the caption of this order to reflect dismissal of former defendant Nighthawk Company Police, LLC, on August 19, 2020. A pending motion for attorney fees by that former defendant is addressed in further detail herein.

SO ORDERED, this 17th day of September, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge