# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION

| | |
|---|---|
| MANUEL TORRES, | CIVIL ACTION NO: 5:19-cv-00327-FL |
| Plaintiff, | |
| vs. | |
| TRACY LYNN CARTER, in his official capacity as Lee County Sheriff; TOWN OF SILER CITY, NORTH CAROLINA; And TOWN OF APEX, NORTH CAROLINA, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

NOW COMES Plaintiff Manuel A. Torres ("Torres") and Defendant Tracy Lynn Carter, in his official capacity as Lee County Sherriff ("Carter"), and pursuant to Rule 41 (a)(1)(A)(ii) stipulate that all of Plaintiff's claims against Carter in this lawsuit are hereby dismissed *with prejudice*. Each party will bear their own costs and attorney's fees.

Dated: October 22, 2020

| | |
|---|---|
| /s/ Jonathan D. Gibbs | /s/ Brad Wood |
| Jonathan D. Gibbs (0095544) | Katie Weaver Hartzog |
| Gibbs & Associates Law Firm, LLC | Womble Bond Dickinson LLP |
| 6398 Thornberry Court | One West Fourth Street |
| Mason, OH 45040-1890 | Winston-Salem, NC 27101 |
| 513-234-5545 Office | Brad.Wood@wbd-us.com |
| 888-500-4638 Facsimile | 336-728-7012 Office |
| Jgibbs@gibbs-lawfirm.com | 336-726-6913 Facsimile |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR TRACY CARTER |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this September 23, 2020, he has filed the foregoing Stipulation to Dismiss Party Pursuant to Rule 41 (a)(1)(A)(ii) through the Court's CM/ECF system and that all parties to this action will be served through that system.

                Gibbs & Associates Law Firm, LLC

                BY: /s/ Jonathan D. Gibbs

                Jonathan D. Gibbs*

                *Appearing pursuant to Local Rule 83.1*